AEE

FILED
JANUARY 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Φ AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Illinois

JETSTREAM OF HOUSTON, INC. and
GUZZLER MANUFACTURING, INC., Plaintiffs,

Vs.

C & B FOSTER, INC., Defendant.

## APPEARANCE

Case Number:

08 C 374

JUDGE LEFKOW
MAGISTRATE JUDGE COX

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs

JETSTREAM OF HOUSTON, INC.
-and-
GUZZLER MANUFACTING, INC.

I certify that I am admitted to practice in this court.

January 15, 2008
Date

/s/ Andrew R. Woltman
Signature

Andrew R. Woltman — 6291088
Print Name — Bar Number

McGuireWoods LLP, 77 W. Wacker Drive
Address

Chicago — IL — 60601
City — State — Zip Code

312-849-8100 — 312-698-4560
Phone Number — Fax Number

American LegalNet, Inc.
www.FormsWorkflow.com