FILED
JANUARY 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 374**

| | |
|---|---|
| JETSTREAM OF HOUSTON, INC., a DELAWARE corporation, GUZZLER MANUFACTURING, INC., an Alabama corporation, Plaintiffs, v. C & B FOSTER, INC., a Georgia corporation, Defendant. | No._____ **JUDGE LEFKOW** **MAGISTRATE JUDGE COX** |

### JETSTREAM OF HOUSTON, INC.'S AND GUZZLER MANUFACTURING, INC.'S NOTICE OF AFFILATES – DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2

Plaintiffs Jetstream of Houston, Inc. and Guzzler Manufacturing, Inc., by and through their undersigned attorneys, state as follows for their Notice of Affiliates – Disclosure Statement Pursuant to Local Rule 3.2:

1. Jetstream of Houston, Inc. is a wholly owned subsidiary of Federal Signal Corporation, which is publicly traded on the New York Stock Exchange.
2. No other entity owns more than a 5% share of Jetstream of Houston, Inc.
3. Guzzler Manufacturing, Inc. is a wholly owned subsidiary of Federal Signal Corporation, which is publicly traded on the New York Stock Exchange.
4. No other entity owns more than a 5% share of Guzzler Manufacturing, Inc.

Dated: January 17, 2008.

Respectfully Submitted,

JETSTREAM OF HOUSTON, INC. and
GUZZLER MANUFACTURING, INC.

By: /s/ Andrew R. Woltman
One of Their Attorneys

Richard J. Mason
John F. Pollick
Andrew R. Woltman
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 Phone
(312) 849-3690 Fax
rmason@mcguirewoods.com
jpollick@mcguirewoods.com
awoltman@mcguirewoods.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing **JETSTREAM OF HOUSTON, INC.'S AND GUZZLER MANUFACTURING, INC.'S NOTICE OF AFFILATES – DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2** by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

C & B Foster, Inc.
3535 Mike Padgett Hwy.
Augusta, Georgia  30906

DATED:  January 17, 2008

/s/ Andrew R. Woltman
Andrew R. Woltman