## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 08 C 374

JETSTREAM OF HOUSTON, INC. and
GUZZLER MANUFACTURING, INC., Plaintiffs,
    v.
C&B FOSTER, INC., Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs JETSTREAM OF HOUSTON, INC. and GUZZLER MANUFACTURING, INC.

**FILED**
MAY 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Luis A. Pinedo |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ [signature]    5/21/08 |

| FIRM |
|---|
| McGuireWoods LLP |

| STREET ADDRESS |
|---|
| 77 W. Wacker Dr., Suite 4100 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6290465 | 312-849-8100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JETSTREAM OF HOUSTON, INC., a Delaware corporation, GUZZLER MANUFACTURING, INC., an Alabama corporation, Plaintiffs, | ) ) ) ) ) ) |
| v. | ) )  No. **08 C 374** |
| C & B FOSTER, INC, a Georgia corporation, Defendant. | ) ) )  Judge Lefkow ) )  Magistrate Judge Cox ) |

## **CERTIFICATE OF SERVICE**

Because there has been no attorney appearance filed on behalf of the Defendant corporation, the undersigned attorney hereby certifies that he caused a copy of the foregoing Attorney Appearance Form to be served this 21st day of May, 2008, via U.S. Mail in an envelope properly addressed with first class postage prepaid before the hour of 5:00 p.m. to the last registered office and agent of the Defendant corporation as listed on the records of the Georgia Secretary of State. Said address is:

C&B Foster, Inc.
c/o Brian E. Foster, Registered Agent
3535 Mike Padgett Hwy
Augusta, GA 30906

_____
Luis A. Pinedo

\6277755.1