IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JETSTREAM OF HOUSTON, INC., a DELAWARE corporation, GUZZLER MANUFACTURING, INC., an Alabama corporation, Plaintiffs, v. C & B FOSTER, INC., a Georgia corporation, Defendant. | ) ) ) ) ) ) No.08-cv-00374 ) ) JUDGE JOAN H. LEFKOW ) ) ) |

**NOTICE OF MOTION**

To:   Defendant C&B Foster, Inc., c/o Georgia Secretary of State

PLEASE TAKE NOTICE that on Tuesday, August 26, 2008, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan H. Lefkow or any judge sitting in her stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 1925, and then and there present the attached **JOINT MOTION FOR DEFAULT AND DEFAULT JUDGMENT AGAINST C&B FOSTER, INC.** a copy of which is served upon you.


Dated: August 18, 2008                     Respectfully Submitted,

                                           Jetstream of Houston, Inc.
                                           Guzzler Manufacturing, Inc.

                                           By:____s/Andrew R. Woltman_____
                                                 One of their Attorneys

                                           Richard J. Mason
                                           John F. Pollick
                                           Andrew R. Woltman
                                           McGUIREWOODS LLP
                                           77 W. Wacker Drive, Suite 4100
                                           Chicago, Illinois 60601-1815
                                           (312) 849-8100 Phone
                                           (312) 849-3690 Fax
                                           rmason@mcguirewoods.com
                                           jpollick@mcguirewoods.com
                                           awoltman@mcguirewoods.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JETSTREAM OF HOUSTON, INC., a DELAWARE corporation, GUZZLER MANUFACTURING, INC., an Alabama corporation, Plaintiffs, v. C & B FOSTER, INC., a Georgia corporation, Defendant. | No. 08-cv-00374 JUDGE JOAN H. LEFKOW |

## JOINT MOTION FOR DEFAULT AND DEFAULT JUDGMENT AGAINST C &B FOSTER, INC.

Plaintiffs, Jetstream of Houston, Inc. ("Jetstream") and Guzzler Manufacturing, Inc. ("Guzzler") (collectively, "Plaintiffs"), by and through their counsel, and pursuant to Federal Rule of Civil Procedure 55, moves this Court to enter default and to enter default judgment in favor of Plaintiffs and against defendant C & B Foster, Inc. ("Defendant" or "C & B Foster"), and states as follows:

1. Plaintiff filed the complaint in this action on January 16, 2008.

2. The summons and complaint were duly served by on C & B Foster on April 21, 2008 by substitute service on the Georgia Secretary of State Corporations Division.

3. Upon information and belief, Defendant continues to wrongfully withhold, and Plaintiff has not retained possession of, the Jetstream 4240 Waterblaster, serial number 00496 ("Withheld Jetstream").

4. To-date, no appearance has been filed by Defendant. The time allowed for Defendant to appear has expired.

5. To-date, no answer or other defense or pleading has been filed by Defendant. The time for answering or pleading or otherwise defending has now expired.

6. As of June 26, 2008, the amount due to Plaintiffs from C & B Foster, pursuant to lease nos. 0448-900 (Jetstream), 0448-901 (Guzzler), and 0448-902 (Jetstream), as prayed for in the Complaint in the above-entitled action and exclusive of pre-judgment interest and exclusive of costs incurred in repossessing the Equipment, is itemized as follows:

| Plaintiff | Payments Due | Late Fees Accrued | Attorneys' Fees | Costs | TOTAL |
|---|---|---|---|---|---|
| Jetstream | 112,121.77 | 103,419.02 | 6,511.25 | 300.97 | 222,353.01 |
| Guzzler | 70,284.48 | 91,548.02 | 6,511.25 | 300.98 | 168,644.73 |

7. This motion is based on the records, files and on the affidavits of Jennifer L. Sherman and Andrew R. Woltman, attached hereto at Exhibit A.

WHEREFORE, Plaintiffs respectfully asks that the Court: i) enter a default in favor of Plaintiffs and against Defendant; and ii) enter the Judgment attached hereto at Exhibit B, whereby entering default judgment in favor of Plaintiffs and against Defendant, such that:

i) Plaintiff Jetstream is granted the immediate right to possession of the Withheld Jetstream; and

ii) Defendant is permanently enjoined from using or concealing the Withheld Jetstream or from damaging, altering, selling, transferring, or assigning the Withheld Jetstream to any third party, such permanent injunction to remain in effect until the Withheld Jetstream has been turned over to plaintiff Jetstream; and

iii) a default judgment in favor of plaintiff Jetstream and against Defendant in the amount of $ 222,353.01; and

2

iv) a default judgment in favor of plaintiff Guzzler and against Defendant in the amount of $ 168,644.73.

Dated: August 18, 2008

Respectfully Submitted,

JETSTREAM OF HOUSTON, INC. and
GUZZLER MANUFACTURING, INC.

By: s/Andrew R. Woltman
   One of their Attorneys

Richard J. Mason
John F. Pollick
Andrew R. Woltman
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 Phone
(312) 849-3690 Fax
rmason@mcguirewoods.com
jpollick@mcguirewoods.com
awoltman@mcguirewoods.com

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JETSTREAM OF HOUSTON, INC., a DELAWARE corporation, GUZZLER MANUFACTURING, INC., an Alabama corporation, Plaintiffs, v. C & B FOSTER, INC., a Georgia corporation, Defendant. | ) ) ) ) ) ) ) No.08-cv-00374 ) ) JUDGE JOAN H. LEFKOW ) ) ) ) |

## AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT

I, Jennifer L. Sherman, upon being sworn by an officer authorized to administer oaths, hereby swear under penalty of perjury that the following is true and correct:

1. My name is Jennifer L. Sherman. I have personal knowledge of the facts stated in this affidavit.

2. I hold the position of Vice President and Secretary of both Jetstream of Houston, Inc. and Guzzler Manufacturing, Inc., the plaintiffs in this litigation ("Plaintiffs").

3. A copy of the summons and complaint were duly served on C & B Foster, Inc. ("Defendant") on April 21, 2008 by substitute service on the Georgia Secretary of State Corporations Division.

4. Defendant has not answered or otherwise appeared in the above-entitled action.

5. Plaintiff has not retained possession of the Jetstream 4240 Waterblaster, serial number 00496 ("Withheld Equipment").

6. Defendant is neither an infant or incompetent person and is not in the military service of the United States, as shown by the affidavit of Andrew R. Woltman, Esq.

7. As of June 26, 2008, the amount due to Plaintiffs from Defendant, pursuant to lease nos. 0448-900 (Jetstream), 0448-901 (Guzzler), and 0448-902 (Jetstream), as prayed for in the Complaint in the above-entitled action and exclusive of pre-judgment interest and exclusive of costs incurred in repossessing the Equipment, is itemized as follows:

| Plaintiff | Payments Due | Late Fees Accrued | Attorneys' Fees | Costs | TOTAL |
|---|---|---|---|---|---|
| Jetstream | 112,121.77 | 103,419.02 | 6,511.25 | 300.97 | 222,353.01 |
| Guzzler | 70,284.48 | 91,548.02 | 6,511.25 | 300.98 | 168,644.73 |

FURTHER AFFIANT SAYETH NAUGHT

_____
Jennifer L. Sherman

Subscribed and Sworn to
before me this ___ day
of _____, 2008.

_____
Notary Public

\6410627.1

OFFICIAL SEAL
LANA J NOEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/21/11

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JETSTREAM OF HOUSTON, INC., a DELAWARE corporation, GUZZLER MANUFACTURING, INC., an Alabama corporation, Plaintiffs, v. C & B FOSTER, INC., a Georgia corporation, Defendant. | No. 08-cv-00374 JUDGE JOAN H. LEFKOW |

### AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT

I, Andrew R. Woltman, upon being sworn by an officer authorized to administer oaths, hereby swear under penalty of perjury that the following is true and correct:

1. I am the attorney for Plaintiffs, Jetstream of Houston, Inc. and Guzzler Manufacturing, Inc. in this action.

2. In compliance with Fed. R. Civ. P. 55 and 50 App. U.S.C.A. § 501 *et seq.*, I have made an investigation to ascertain if the defendant in the above-entitled proceedings are in the military service of the United States. The result of my investigation is that C & B Foster's, Inc. (n/k/a BMCF, Inc.) is an active Georgia corporation that is not on active duty in the military of the United States.

3. In compliance with Fed. R. Civ. P. 55, I have made an investigation to ascertain if the defendant in the above-entitled proceeding is an infant or incompetent. The result of my investigation is that C&B Foster's Inc. (n/k/a BMCF, Inc.) is an active Georgia corporation that is neither an infant or incompetent.

FURTHER AFFIANT SAYETH NAUGHT

_____
Andrew R. Woltman

Subscribed and Sworn to
before me this 18th day
of August, 2008.

_____
Notary Public

OFFICIAL SEAL
LYDIA RICKERT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/03/12

2

\6410535.1

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JETSTREAM OF HOUSTON, INC., a DELAWARE corporation, GUZZLER MANUFACTURING, INC., an Alabama corporation,<br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>C & B FOSTER, INC., a Georgia corporation,<br>　　　　　　　　　Defendant. | No. 08-cv-00374<br><br>JUDGE JOAN H. LEFKOW |

## JUDGMENT

Defendant, C&B Foster, Inc.. ("Defendant"), has been regularly served with process. It has failed to appear and answer the plaintiffs' complaint filed in the above-entitled and numbered action. The default of Defendant is hereby entered. It appears that Defendant is not an infant or incompetent person. An affidavit of nonmilitary service has been filed in this action. It appears from such affidavit that the plaintiffs are entitled to judgment.

It is hereby ordered and adjudged that:

　i) Plaintiff Jetstream of Houston, Inc. is granted the immediate right to possession of the Jetstream 4240 Waterblaster, serial number 00496 ("Withheld Jetstream"); and

　ii) with respect to the Withheld Jetstream, Defendant is permanently enjoined from using, concealing, damaging, altering, selling, transferring, or assigning the Withheld Jetstream to any third party, such permanent injunction to remain in effect until the Withheld Jetstream has been turned over to plaintiff Jetstream of Houston, Inc.; and

　iii) a default judgment is entered in favor of plaintiff Jetstream of Houston, Inc. and against Defendant in the amount of $ 222,353.01; and

　iv) a default judgment is entered in favor of plaintiff Guzzler Manufacturing, Inc. and against Defendant in the amount of $ 168,644.73.

_____
**Signature of Judge**


**Dated:** _____