**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing NOTICE OF MOTION by sending by Federal Express, overnight delivery, properly addressed with sufficient postage affixed thereto to ensure delivery to:

C&B Foster, Inc.
c/o Marie C. Foster, CEO
2039 McDade Road
Hephzibah, GA 30815

Brian E. Foster
Registered Agent
C&B Foster, Inc.
3535 Mike Padgett Hwy.
Augusta, GA 30906

Secretary of State
Corporations Division
Suite 315, West Tower
2 Martin Luther King Jr. Dr.
Atlanta, GA 30334-1530

DATED: August 18, 2008

                                         s/ Andrew R. Woltman
                                       Andrew R. Woltman

\6432393.1