IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JETSTREAM OF HOUSTON, INC., a DELAWARE corporation, GUZZLER MANUFACTURING, INC., an Alabama corporation, <br><br> Plaintiffs, <br><br> v. <br><br> C & B FOSTER, INC., a Georgia corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No.08-cv-00374 <br><br> JUDGE JOAN H. LEFKOW |

## NOTICE OF MOTION

To:    Defendant C&B Foster, Inc., c/o Georgia Secretary of State

PLEASE TAKE NOTICE that on Tuesday, August 26, 2008, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan H. Lefkow or any judge sitting in her stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 1925, and then and there present the attached JOINT MOTION FOR DEFAULT AND DEFAULT JUDGMENT AGAINST C&B FOSTER, INC., a copy of which is served upon you.

Dated: August 19, 2008

Respectfully Submitted,

Jetstream of Houston, Inc.
Guzzler Manufacturing, Inc.

By: /s/Andrew R. Woltman
   One of their Attorneys

   Richard J. Mason
   John F. Pollick
   Andrew R. Woltman
   McGUIREWOODS LLP
   77 W. Wacker Drive, Suite 4100
   Chicago, Illinois 60601-1818
   (312) 849-8100 Phone
   (312) 849-3690 Fax

\6492796.1

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a true and correct copy of the foregoing NOTICE OF MOTION and JOINT MOTION FOR DEFAULT AND DEFAULT JUDGMENT AGAINST C&B FOSTER, INC. via U.S. Mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

| | |
|---|---|
| C&B Foster, Inc.<br>c/o Marie C. Foster, CEO<br>2039 McDade Road<br>Hephzibah, GA 30815 | Brian E. Foster<br>Registered Agent<br>C&B Foster, Inc.<br>3535 Mike Padgett Hwy.<br>Augusta, GA 30906 |

Secretary of State
Corporations Division
Suite 315, West Tower
2 Martin Luther King Jr. Dr.
Atlanta, GA 30334-1530


Dated: August 19, 2008

                                                  /s/Andrew R. Woltman
                                                  Andrew R. Woltman

\