Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 374 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Jetstream of Houston, Inc., et al. vs. C & B Foster, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' joint motion for default and default judgment [17] is granted. Enter Judgment. Default judgment entered in favor of plaintiff Jetstream of Houston, Inc. against defendant in the amount of $222,353.01 and default judgment entered in favor of plaintiff Guzzler Manufacturing, Inc. against defendant in the amount of $168,644.73. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

FILED
2008 AUG 29 AM 7:57
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|