Case 1:08-cv-00374   Document 21   Filed 08/26/2008   Page 1 of 1
Case 1:08-cv-00374   Document 17   Filed 08/19/2008   Page 10 of 10

MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JETSTREAM OF HOUSTON, INC., a DELAWARE corporation, GUZZLER MANUFACTURING, INC., an Alabama corporation,<br>Plaintiffs,<br><br>v.<br><br>C & B FOSTER, INC., a Georgia corporation,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No.08-cv-00374<br>)<br>) JUDGE JOAN H. LEFKOW<br>)<br>)<br>) |

## JUDGMENT

Defendant, C&B Foster, Inc. ("Defendant"), has been regularly served with process. It has failed to appear and answer the plaintiffs' complaint filed in the above-entitled and numbered action. The default of Defendant is hereby entered. It appears that Defendant is not an infant or incompetent person. An affidavit of nonmilitary service has been filed in this action. It appears from such affidavit that the plaintiffs are entitled to judgment.

It is hereby ordered and adjudged that:

i) Plaintiff Jetstream of Houston, Inc. is granted the immediate right to possession of the Jetstream 4240 Waterblaster, serial number 00496 ("Withheld Jetstream"); and

ii) with respect to the Withheld Jetstream, Defendant is permanently enjoined from using, concealing, damaging, altering, selling, transferring, or assigning the Withheld Jetstream to any third party, such permanent injunction to remain in effect until the Withheld Jetstream has been turned over to plaintiff Jetstream of Houston, Inc.; and

iii) a default judgment is entered in favor of plaintiff Jetstream of Houston, Inc. and against Defendant in the amount of $ 222,353.01; and

iv) a default judgment is entered in favor of plaintiff Guzzler Manufacturing, Inc. and against Defendant in the amount of $ 168,644.73.

_____
Signature of Judge

Dated: AUG 26 2008